UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ANNE MCKEE, THE SOLE AND ONLY SURVIVING HEIR AT LAW OF NARLEE H. BROOKS, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> BEVERLY ENTERPRISES-MISSISSIPPI, INC., AND DOES 1-10, <br><br> Defendant. | Civil Action File No. 4:05-cv-00063-TSL-AG |

## ORDER OF DISMISSAL WITH PREJUDICE

This Court having been provided notice that the parties to this action have consummated and finalized an agreed upon confidential settlement of this matter as set forth in the Joint Motion And Agreed Order To Dismiss Case With Prejudice Upon Consummation of Settlement (Doc. No. 88), does hereby FIND, ORDER AND ADJUDGE that this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Ordered this the 21st day of November, 2006.

/s/Tom S. Lee
The Honorable Tom S. Lee